**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-2372**

TRACY WOODY,

Plaintiff - Appellant,

versus

ONLINE EXCHANGE, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-02-185-BO)

Submitted: April 29, 2003          Decided: June 2, 2003

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tracy Woody, Appellant Pro Se. James Benjamin Trachtman, KILPATRICK STOCKTON, L.L.P., Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tracy Woody appeals the district court's order granting Appellee Online Exchange, Inc.'s motion to dismiss for improper venue pursuant to 28 U.S.C. § 1406 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Woody v. Online Exchange, Inc., No. CA-02-185-BO (E.D.N.C. Oct. 21, 2002). We also deny Appellee's motion to dismiss the appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED